### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF NEW HAMPSHIRE

Gerard Boulanger

    v.                                No. 06-fp-308

US Bureau of Prisons, Director, et al.


### ORDER GRANTING REQUEST TO
### PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number 06-cv-308-JD.

**SO ORDERED.**


_____
James R. Muirhead
United States Magistrate Judge


Date: September 5, 2006

cc:  Gerard Boulanger, *pro se*