UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Gerard Boulanger</u>

      v.          Civil No. 06-cv-308-JD

<u>Director, US Bureau of Prisons, et al</u>


<u>O R D E R</u>

  I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated November 15, 2006, for the reasons stated therein, no objection having been filed.

  SO ORDERED.


December 12, 2006        /s/Joseph A. DiClerico, Jr.
               Joseph A. DiClerico, Jr.
               United States District Judge


cc: Gerard Boulanger, pro se
   Corey M. Belobrow, Esq.