UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Gerard Boulanger</u>

        v.                                      Civil No. 07-cv-308-JD

<u>Warren Dowaliby, Superintendent,</u>
<u>Strafford County Department of Corrections, et al</u>

O R D E R

     The parties are hereby directed to submit to the court their own discovery plans by March 6, 2007.  Following receipt of the discovery plans, the court shall issue a scheduling order.

     SO ORDERED.

February 5, 2007                            /s/James R. Muirhead
                                                 James R. Muirhead
                                                 United States Magistrate Judge

cc:    Gerard Boulanger, pro se
       T. David Plourde, AUSA
       Corey M. Belobrow, Esq.