UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Gerard Boulanger

v.                                               Civil No. 06-cv-308-JD

Robert Gilbert, Director,
United States Marshal
Service, District of New
Hampshire, et al.

**RECUSAL ORDER**

The undersigned hereby recuse themselves from presiding over this case.

**SO ORDERED.**

February 26, 2007                _____
                                 Steven J. McAuliffe
                                 Chief Judge

February 26, 2007                _____
                                 Joseph A. DiClerico, Jr.
                                 United States District Judge

February 26, 2007                /s/Paul Barbadoro
                                 Paul Barbadoro
                                 United States District Judge

February 26, 2007                _____
                                 James R. Muirhead
                                 United States Magistrate Judge

cc:  Gerard Boulanger, pro se
     T. David Plourde, Esq.
     Corey M. Belobrow, Esq.