

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

Gerard Boulanger
v.                                                    Civil No. 06-cv-308

Robert Gilbert, et al

## ORDER

All of the judges in this District are recused from presiding over this case. Accordingly, the case shall be transferred to the District of Rhode Island. The recusal of all of the judges on this court gives rise to an "emergency" with respect to the transferred case as that term is used in 28 U.S.C. § 636(f). I therefore concur in the assignment of a Magistrate Judge from the transferee district to perform the duties specified in 28 U.S.C. § 636(a)-(c).

SO ORDERED.

Date: February 28, 2007                /s/Steven J. McAuliffe
                                       Steven J. McAuliffe
                                       Chief Judge

## Concurring Order

I concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge ___Martin___ is assigned to perform such duties under 28 U.S.C. § 636(a)-(c) as may be assigned to him by the District Judge to whom this case



Case 1:06-c    08   Document 36-1   Filed 02/    /7   Page 2 of 2

is assigned.

Date: 3/13/07                                     _Mary M. Lisi_
                                                  Chief Judge, Assignee District



David A. DiMarzio
Clerk of Court

**UNITED STATES DISTRICT COURT**
*District of Rhode Island*

Paulette J. Dube
Chief Deputy Clerk

March 26, 2007

Ms. Deborah Eastman-Proulx
USDC-NHD
Warren B. Rudman Courthouse
55 Pleasant Street, Room 110
Concord, NH 03301-3941

    *re: USDC-RID MC07-23T/USDC-NHD CA06-308*

Dear Ms. Eastman-Proulx:

    Please find enclosed the original concurring order signed by Chief Judge Mary M. Lisi in the above-referenced matter for your files.

    If you have any questions, please feel free to contact me directly.

Very Truly Yours,

Ryan H. Jackson
Deputy Clerk

encl.

One Exchange Terrace • Federal Building and Courthouse • Providence, RI 02903 • Tel: (401) 752-7200 • Fax: (401) 752-7247