UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GERARD BOULANGER,                :
          Plaintiff,             :
                                 :
     v.                          :     NH 06-cv-00308-ECT
                                 :     RI MC 07-23 T
WARREN DOWALIBY, et al.,         :
          Defendants.            :

**ORDER
GRANTING IN PART
MOTION TO COMPEL**

Before the Court is the Motion for Order Compelling Discovery and Sanctions ("Motion" or "Motion to Compel") filed by Defendants Warren Dowaliby, Jeffrey McPherson, Linda Lee, Bruce Pelkie, and Donna Roy (the "Moving Defendants") filed on or about April 12, 2007.  By the Motion, Moving Defendants seek to compel Plaintiff Gerard Boulanger ("Plaintiff") to provide complete answers to the interrogatories which they propounded to him on February 6, 2007.  See Motion at 1.  A copy of Plaintiff's responses to the interrogatories are attached to the Motion as Attachment ("Att.") A.  Also attached to the Motion is a copy of a letter from Moving Defendants' counsel to Plaintiff which explains how responses are incomplete and calls upon him to provide complete answers.  See id., Att. B (Letter from Belobrow to Plaintiff of 3/13/07).  According to the Motion, Moving Defendants have not received a reply to their letter from Plaintiff.  See Motion at 1.

After reviewing Plaintiff's responses to the interrogatories and his objection to the Motion, see Objection to Defendants['] Motion to Compel[] Discovery, the Court agrees that Plaintiff's responses are incomplete for the reasons set forth in counsel's March 13, 2007, letter.  Accordingly, the Motion to Compel is GRANTED to the following extent.  Plaintiff shall within thirty

days of the date of this order supplement his answers to the interrogatories and provide Moving Defendants with the information they seek with regard to questions two, three, four, eight, and ten of the interrogatories as that information has been identified in the letter from Moving Defendants' counsel of March 13, 2007, a copy of which is attached to this Order. To the extent that Moving Defendants seek sanctions against Plaintiff, the Motion is denied at this time.

Plaintiff is advised that failure to comply with this Order could result in the Court imposing sanctions on him which could include dismissal of his claims against the Moving Defendants.

So ordered.

ENTER:


/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
May 1, 2007