```
                   UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE


GERARD BOULANGER,                       :
          Plaintiff,                    :
                                        :
     v.                                 :   NH 06-cv-00308-ECT
                                        :   RI MC 07-23 T
U.S. MARSHALS SERVICE,                  :
NEW HAMPSHIRE DISTRICT,¹ et al.,        :
          Defendants.                   :
```

**ORDER**
**GRANTING MOTION TO STAY PROCEEDINGS**

Before the Court is Defendants' Motion to Stay Proceedings, Extend Discovery Deadlines and Continue Trial Window ("Motion to Stay" or "Motion"). Plaintiff Gerard Boulanger ("Plaintiff") has filed an objection to the Motion, arguing that discovery has been completed and that the case should be set for trial. See Objection to Defendants['] Motion to Stay. The Court presently has under advisement the Motion for Summary Judgment filed by the remaining Defendants, and the Court must decide the summary judgment motion before this case can be set down for trial. Accordingly, the Motion to Stay is GRANTED.

So ordered.

ENTER:


/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
August 27, 2008

---

   ¹ Although all federal Defendants have now been dismissed from this action, see Order and Memorandum Granting Federal Defendant's Motion to Dismiss, (Document #6) (dismissing last federal Defendant), the Court identifies the case as it was originally filed, see Complaint.