UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GERARD BOULANGER,
Plaintiff

vs.                                               NH 06-CV-00308-WES
                                                  RI MC 07-23 S

U.S. MARSHALS SERVICE,
NEW HAMPSHIRE DISTRICT[1],
et al.,
Defendants

### ORDER

This Court has been informed by Chief Judge McAuliffe of the District of New Hampshire that all issues which caused the judges of that district to recuse have been resolved. Therefore, there being no basis for recusal, the case shall be returned to the District of New Hampshire for random reassignment to a judge of the District of New Hampshire, and for all further proceedings.

Further, RI MC 07-23S is hereby dismissed.

By Order:

_____
Deputy Clerk

ENTER:

_____
United States District Judge
William E. Smith
date: 8/28/09

---

[1] Although all federal Defendants have now been dismissed from this action, the Court identifies the case as it was originally filed, see Complaint.