UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Gerald Boulanger</u>

        v.                        Civil No. 06-cv-308-PB

<u>US Bureau of Prisons, Director, et al</u>

<u>RECUSAL O R D E R</u>

For reasons I outlined during the last status conference, I recuse myself from this case and direct the clerk to assign it to a different judge.

SO ORDERED.

October 19, 2009                                <u>/s/ Paul Barbadoro</u>
                                                            Paul Barbadoro
                                                            United States District Judge

cc:      Gerald Boulanger, pro se
           Corey M. Belobrow, Esq.